# CHICAGO & NORTH WESTERN RAILWAY CO. *v.* CHICAGO, MILWAUKEE, ST. PAUL & PACIFIC RAILROAD CO. ET AL.

No. 21. Argued November 17, 1964.—Decided April 5, 1965.

*John C. Danielson* argued the cause for appellant. With him on the briefs was *Jordan Jay Hillman.*

*Frank M. Long* argued the cause for appellees. With him on the brief were *Philip H. Porter, R. K. Merrill* and *Richard R. Robinson.*

*Solicitor General Cox, Assistant Attorney General Orrick, Lionel Kestenbaum, Robert W. Ginnane* and *Arthur Cerra* filed a memorandum for the United States and the Interstate Commerce Commission.

PER CURIAM.

The judgment is reversed. *Texas & P. R. Co.* v. *Gulf, C. & S. F. R. Co.,* 270 U. S. 266, 278.